IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL LEE DICKERSON,

    Plaintiff,                  No. CIV S-07-1923 GEB JFM PS

    vs.

OFFICER ROMBACH,
et al.,

    Defendants.            ORDER

_____/

        Plaintiff, a jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the current form used by this district.  Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.  Plaintiff is cautioned that he must also provide a <u>certified</u> copy of his trust account statement for the six month period immediately preceding the filing of his complaint.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis, including a certified copy of his trust account statement.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:  October 10, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; dick1923.3d

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL LEE DICKERSON,
    Plaintiff,                No. CIV S-07-1923 GEB JFM PS

vs.

OFFICER ROMBACH,
et al.,
                                  NOTICE OF SUBMISSION
    Defendants.                  OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           _____    completed summons form
           _____    completed USM-285 forms
           _____    copies of the complaint

DATED:

                                                    _____
                                                    Plaintiff